1058

[Nos. 32233-1-II; 32567-5-II. Division Two. March 7, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. SOK KROUCH, *Appellant.*

*In the Matter of the Personal Restraint of* SOK KROUCH, *Petitioner.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-1-00156-8, Stephen M. Warning, J., entered August 25, 2004, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Penoyar, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 32318-4-II. Division Two. March 7, 2006.]

*In the Matter of the Marriage of* MICHELL VOSHELL, *Respondent*, and ARLEN WILLIAM VOSHELL, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 02-3-01756-5, Edwin L. Poyfair, J., entered August 24, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 32493-8-II. Division Two. March 7, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MAX W. JAYNES, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 03-1-00363-1, Gary Tabor, J., entered November 2, 2004. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Hunt, J.